**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6546**

─────────────

FRANK PAUL FERRARA,

       Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA; DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS; DIRECTOR, PAROLE AND PROBATION DEPARTMENT; ATTORNEY GENERAL OF THE COMMONWEALTH OF VIRGINIA,

       Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:22-cv-00172-AWA-LRL)

─────────────

Submitted:  September 25, 2025          Decided:  September 30, 2025

─────────────

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Frank Paul Ferrara, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Paul Ferrara appeals the district court's order dismissing his 42 U.S.C. § 1983 action for failure to state a claim. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Ferrara's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*